UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DAIKEL TORRES, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 2:21-cv-01771-CCW |
| | : | |
| v. | : | |
| | : | |
| BRANDSAFWAY INDUSTRIES LLC f/k/a | : | |
| BRAND ENERGY SERVICES LLC and | : | |
| BRAND ENERGY SERVICES LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION
OF THE SETTLEMENT CLASS, FINAL APPROVAL OF
THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 54-1, Plaintiff Daikel Torres ("Torres") and Defendant BrandSafway Industries LLC and Defendant Brand Energy Services LLC (collectively "Brand"[1]) have agreed to settle this lawsuit on behalf of a 1,720-member class[2] of individuals who were employed by Brand to work in a nonexempt, craft construction or maintenance role in any workweek from November 1, 2018 through and including November 7, 2022 at the petrochemical facility located in Monaca, PA (the "Class" or "Class Members").

In January 2023, the Court entered an order "preliminarily" approving the settlement,

---

[1] Torres named as defendants Brand Energy Services LLC and BrandSafway Industries LLC. In 2019, Brand Energy Services LLC changed its name to BrandSafway Industries LLC; Brand Energy Services LLC no longer exists as a separate legal entity. Defendants are nevertheless referred to herein as "Brand" for ease of reference.

[2] As discussed in the attached Memorandum of Law, *see* Doc. 55, after the reduction for duplicate names and the six (6) Class Members (Christopher Carrion Burgos, Bryan Luna, Jose Felix Figueroa Claudio, Mayra Delgado, Marco Delgado, and Thomas De Jesus Acosta) who submitted timely requests for exclusion from the settlement, the class size is reduced to 1,714.

authorizing the issuance of notice to the Class, and appointing the undersigned to serve as interim class counsel. *See* Docs. 49-50. The notice process is complete. *See generally* Declaration of Aisha Lange ("Lange Dcl.") (Doc. 54-2). ***None*** of the Class Members have submitted objections to the settlement, *id.* at ¶ 10, and only six (6) Class Members have requested to be excluded from the settlement, *id.* at ¶ 9.

This matter is now ripe for "final approval" of the settlement. The Court has scheduled a fairness hearing for June 12, 2023, *see* Doc. 50 at ¶ 7, and, in anticipation of the hearing, Torres respectfully asks the Court to enter an order:[3]

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 1,714 Class Members who have not excluded themselves from the settlement;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rile 23(e)(2);

- Approving the payment of a $10,000.00 service award to Torres;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC and Conboy Law, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $1,350,000.00 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying sworn statements of Aisha Lange, R. Andrew Santillo and Timothy Conboy, and

---

[3] While Brand does not oppose the requested relief (*i.e.*, final approval of the settlement), its counsel has indicated that Brand continues to deny Torres's claims and material allegations set forth in this lawsuit, as well as the appropriateness of class action treatment for any purpose other than settlement purposes. Stated differently, Brand's non-opposition to the instant motion is non-opposition to the requested relief—i.e., settlement approval—and nothing more. Furthermore, in light of Brand's continued denials of the claims and allegations in this litigation, the parties agree that this motion, the memorandum in support, the Court's anticipated Order thereon, and future filings concerning the settlement of this matter shall not be used or presented as evidence against Brand in any proceeding outside of this litigation, except for a proceeding specifically concerning the enforceability of the Agreement.

the accompanying Memorandum of Law.

**WHEREFORE**, Torres, on behalf of herself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date:  May 26, 2023                              Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Timothy Conboy
Conboy Law, LLC
733 Washington Road, Suite 201
Pittsburgh, PA 15228

*Proposed Class Counsel*